FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL MITCHELL,<br><br>            Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | Case No. CV 08-3764-TJH (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED:  8/11/08

_____
TERRY J. HATTER, JR.
Senior United States District Judge